**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMC CORPORATION

            Plaintiff,

  v.

CLOUDING IP LLC

           Defendant.

_____/

NO. CV 13-03824 MEJ

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**

On August 19, 2013 , counsel for Plaintiff filed a Complaint manually, on paper.  This case has been designated for electronic filing, pursuant to Civil Local Rule 5-1.

The above mentioned  paper document has been filed and docketed. However, Civil Local Rule 5-1(b) provides all cases, except sealed cases, are designated for participation in the Court Electronic Case Filing system. Therefore, counsel for  should submit the Complaint and all attachments, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Further, Civil Local Rule 5-1( c) provides that "Each attorney of record is obligated to become an ECF User and obtain a user ID and password for access to the system upon filing a case in this district.   Counsel in this case who have not yet registered as ECF Users  must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: August 28, 2013

Hilary Jackson
Deputy Clerk

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2